PEOPLE V GREER, No. 151110; Court of Appeals No. 318286.

PEOPLE V LIVINGSTON, No. 151111; Court of Appeals No. 324743.

PEOPLE V TOWNS, No. 151128; Court of Appeals No. 325081.

PEOPLE V REILLY, No. 151129; Court of Appeals No. 324974.

PEOPLE V MARSHALL, No. 151131; Court of Appeals No. 324770.

PEOPLE V MERCHANT, No. 151133; Court of Appeals No. 318873.

PEOPLE V JIMMY WALKER, No. 151135; Court of Appeals No. 318192.

PEOPLE V APRIL FOSTER, No. 151155; Court of Appeals No. 317444.

*In re* STOKES, No. 151156; Court of Appeals No. 322479.

PEOPLE V ALVIN FRAZIER, No. 151161; Court of Appeals No. 325286.

PEOPLE V KENNETH BULLOCK, No. 151162; Court of Appeals No. 317639.

PEOPLE V LEACHMAN, No. 151171; Court of Appeals No. 317508.

PEOPLE V ANTOINE WILSON, No. 151172; Court of Appeals No. 318508.

PEOPLE V WARD, No. 151175; Court of Appeals No. 323857.

PEOPLE V RAND, No. 151193; Court of Appeals No. 318082.

PEOPLE V HAIRSTON, No. 151237; Court of Appeals No. 317218.

PEOPLE V TYRONZA BUSH, No. 151253; Court of Appeals No. 324278.

DURBIN V MONDAY, No. 151462; Court of Appeals No. 322027.

PEOPLE V RISCA, No. 151505; Court of Appeals No. 324753.

PEOPLE V BUSH, No. 151625; Court of Appeals No. 311543.

PEOPLE V WIREMAN, No. 151640; Court of Appeals No. 325264.

*Reconsideration Denied June 30, 2015:*

WHITE V DETROIT EAST COMMUNITY MENTAL HEALTH, No. 150309; Court of Appeals No. 314990. Leave to appeal denied at 497 Mich 983.

PEOPLE V EDDIE LEE SMITH, No. 150322; Court of Appeals No. 323098. Leave to appeal denied at 497 Mich 1012.

HOWARD V CHIPPEWA CORRECTIONAL FACILITY WARDEN, No. 150340; Court of Appeals No. 322288. Leave to appeal denied at 497 Mich 973.

*In re* SULLIVAN, No. 150347; Court of Appeals No. 321808. Leave to appeal denied at 497 Mich 1012.

PEOPLE V VANHORN, No. 150456; Court of Appeals No. 322470. Leave to appeal denied at 497 Mich 984.